BRENOCH WIRTHLIN, ESQ.
Nevada Bar # 10282
FENNEMORE CRAIG, P.C.
300 S 4th Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: bwirthlin@fclaw.com
*Attorney for Respondent*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CALLISTER & ASSOCIATES, LLC, a Nevada limited liability company; and MATTHEW Q. CALLISTER, individual;<br><br>Petitioners,<br><br>vs.<br><br>JAVLIN NINE LLC, a foreign limited liability company.<br><br>Respondents. | Case No.: 2:18-cv-01892-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND**<br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED by and between Petitioners CALLISTER & ASSOCIATES, LLC, and MATTHEW Q. CALLISTER, (collectively "Petitioners") and Respondent JAVLIN NINE, LLC, ("Respondent"), by and through their respective counsel, as follows:

1. On 10/1/2018, Petitioners filed their Petition for Judicial Review ("Petition");

2. Respondent has very recently obtained new counsel and requests addition time to respond to the Petition;

NOW THEREFORE IT IS STIPULATED AS FOLLOWS:

3. Respondent shall have until and including October 29, 2018, to respond to the Petition;

4. Respondent does not waive, and expressly reserves, the right to respond to the Petition

///

///

through a motion to dismiss or otherwise as provided in the FRCP and local rules of this Court.

DATED this 15th day of October, 2018.

**FENNEMORE CRAIG, P.C.**      **CALLISTER LAW GROUP**

By: */s/ Brenoch R. Wirthlin*      By: */s/ Mitchell S. Bisson*
Brenoch Wirthlin, Esq., NV Bar #10282    Mitchell S. Bisson, Esq., NV Bar #11920
300 S 4th Street, Suite 1400                330 E. Charleston Boulevard, Suite 100
Las Vegas, Nevada 89101                   Las Vegas, NV 89104
*Attorney for Respondent*                     *Attorney for Petitioners*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: 10-16-2018