BRENOCH WIRTHLIN, ESQ.
Nevada Bar # 10282
FENNEMORE CRAIG, P.C.
300 S 4th Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: bwirthlin@fclaw.com
*Attorney for Respondent*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CALLISTER & ASSOCIATES, LLC, a Nevada limited liability company; and MATTHEW Q. CALLISTER, individual;<br><br>Petitioners,<br><br>vs.<br><br>JAVLIN NINE LLC, a foreign limited liability company.<br><br>Respondents. | Case No.: 2:18-cv-01892-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND**<br>**[SECOND REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED by and between Petitioners CALLISTER & ASSOCIATES, LLC, and MATTHEW Q. CALLISTER, (collectively "Petitioners") and Respondent JAVLIN NINE, LLC, ("Respondent"), by and through their respective counsel, as follows:

1. On 10/1/2018, Petitioners filed their Petition for Judicial Review ("Petition");

2. Respondent has very recently obtained new counsel who is negotiating this matter with counsel for Petitioners and all parties stipulate that Respondent can have additional time to respond to the Petition;

NOW THEREFORE IT IS STIPULATED AS FOLLOWS:

3. Respondent shall have until and including November 16, 2018, to respond to the Petition;

4. Respondent does not waive, and expressly reserves, the right to respond to the Petition

///

through a motion to dismiss or otherwise as provided in the FRCP and local rules of this Court.

DATED this 28th day of October, 2018.

**FENNEMORE CRAIG, P.C.**                    **CALLISTER LAW GROUP**


By: */s/ Brenoch R. Wirthlin*                By: */s/ Mitchell S. Bisson*
Brenoch Wirthlin, Esq., NV Bar #10282        Mitchell S. Bisson, Esq., NV Bar #11920
300 S 4th Street, Suite 1400                 330 E. Charleston Boulevard, Suite 100
Las Vegas, Nevada 89101                      Las Vegas, NV 89104
*Attorney for Respondent*                    *Attorney for Petitioners*

**ORDER**

**IT IS SO ORDERED.**

_George Foley Jr._
_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: __10-30-2018_____