**MITCHELL S. BISSON, ESQ.**
Nevada Bar No. 11920
**CALLISTER LAW GROUP**
330 E. Charleston Blvd., Suite 100
Las Vegas, NV 89104
Tel No.: (702) 385-3343
Fax No.: (702) 385-2899
Email: mbisson@callcallister.com
*Attorney for Petitioners*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CALLISTER & ASSOCIATES, LLC, a Nevada limited liability company; and MATTHEW Q. CALLISTER, individual;<br><br>Petitioners,<br><br>vs.<br><br>JAVLIN NINE LLC, a foreign limited liability company.<br><br>Respondents. | Case No.: 2:18-cv-01892-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND**<br>**[THIRD REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED by and between Petitioners CALLISTER & ASSOCIATES, LLC, and MATTHEW Q. CALLISTER, (collectively "Petitioners") and Respondent JAVLIN NINE, LLC, ("Respondent"), by and through their respective counsel, as follows:

1. On 10/1/2018, Petitioners filed their Petition for Judicial Review ("Petition");

2. On 10/30/2018, Respondent filed their Motion to Dismiss [Dkt. 7];

3. On 10/31/2018, Respondent filed their Motion to Substitute Respondent [Dkt. 9].

NOW THEREFORE IT IS STIPULATED AS FOLLOWS:

4. Petitioners shall have until and including November 23, 2018 to file their Response to Respondent's Motion to Dismiss [Dkt. 7];

/…/…/

/…/…/

5. Petitioners shall have until and including November 23, 2018 to file their Response to Respondent's Motion to Substitute Respondent [Dkt. 9];

6. If necessary, Respondent shall have until December 12, 2018, or 14 days after a decision on the Motion to Dismiss is entered, whichever is later, to file a substantive response to the Petition if the Motion to Dismiss is Denied.

DATED this 13th day of November, 2018.

**CALLISTER LAW GROUP**    **FENNEMORE CRAIG, P.C.**

By: */s/ Mitchell S. Bisson, Esq.*
Mitchell S. Bisson, Esq., NV Bar #11920
330 E. Charleston Boulevard, Suite 100
Las Vegas, Nevada 89104
*Attorney for Petitioner*

By: */s/ Brenoch Wirthlin, Esq.*
Brenoch Wirthlin, Esq., NV Bar #10282
300 S 4th Street, Suite 1400
Las Vegas, NV 89101
*Attorney for Respondent*

## **ORDER**

**IT IS SO ORDERED.**

**DATED** this 13 day of November, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court