BRENOCH WIRTHLIN, ESQ.
Nevada Bar # 10282
FENNEMORE CRAIG, P.C.
300 S 4th Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile:   (702) 692-8099
Email: bwirthlin@fclaw.com
*Attorney for Respondent*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CALLISTER & ASSOCIATES, LLC, a Nevada limited liability company; and MATTHEW Q. CALLISTER, individual;<br><br>Petitioners,<br><br>vs.<br><br>JAVLIN NINE LLC, a foreign limited liability company.<br><br>Respondents. | Case No.: 2:18-cv-01892-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND**<br>**[FOURTH REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED by and between Petitioners CALLISTER & ASSOCIATES, LLC, and MATTHEW Q. CALLISTER, (collectively "Petitioners") and Respondents TITAN ASSET PURCHASING, LLC and JAVLIN NINE, LLC, ("Respondents"), by and through their respective counsel, as follows:

1. On October 31, 2018, a motion to substitute party ("Motion to Substitute") was filed herein, requesting substitution of Titan Asset Purchasing, LLC ("Titan Asset") as Respondent in this matter (Doc. 9);

2. On December 3, 2018, after hearing on the Motion to Substitute, this Court granted said Motion to Substitute (Doc. 16);

3. Respondents' Motion to Dismiss (Doc. 7) is pending before the Court;

NOW THEREFORE IT IS STIPULATED AS FOLLOWS:

Page 1 of 2

FENNEMORE CRAIG, P.C.
300 S 4th Street, Suite 1400
Las Vegas, Nevada 89101
Tel: (702) 692-8000   Fax: (702) 692-8099

4. In order to conserve resources the parties agree that Respondents' substantive response to the pending Petition for Judicial Review (Doc. 1) shall be due, if necessary, 14 days after notice of the Court's decision on the pending Motion to Dismiss (Doc. 7) if such Motion to Dismiss is denied.

DATED this 11th day of December, 2018.

| FENNEMORE CRAIG, P.C. | CALLISTER LAW GROUP |
|---|---|
| By: */s/ Brenoch R. Wirthlin* <br> Brenoch Wirthlin, Esq., NV Bar #10282 <br> 300 S 4th Street, Suite 1400 <br> Las Vegas, Nevada 89101 <br> *Attorney for Respondent* | By: */s/ Mitchell S. Bisson* <br> Mitchell S. Bisson, Esq., NV Bar #11920 <br> 330 E. Charleston Boulevard, Suite 100 <br> Las Vegas, NV 89104 <br> *Attorney for Petitioners* |

**ORDER**

**IT IS SO ORDERED.**

**DATED** this  12  day of December, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

14462001.1/048955.0001