FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 23 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CALLISTER & ASSOCIATES, LLC;
MATTHEW CALLISTER,

　　　　　Petitioners-Appellants,

v.

JAVLIN NINE LLC; TITAN ASSET
PURCHASING LLC,

　　　　　Respondents-Appellees.

No.　19-16873

D.C. No.
2:18-cv-01892-GMN-EJY
District of Nevada,
Las Vegas

ORDER

Appellants' motion to dismiss this appeal (Docket Entry No. 12) is granted.

Fed. R. App. P. 42(b).  The parties shall bear their own costs and attorneys' fees on

appeal.

A copy of this order shall serve as and for the mandate of this court.

　　　　　FOR THE COURT

　　　　　By: Jonathan Westen
　　　　　Circuit Mediator

jw/mediation